

# THE THIRTEENTH COURT OF APPEALS

## 13-23-00369-CV

### PABLITA GALVEZ HUERTA
v.
### ANTOLINA BUENROSTRO

On Appeal from the
357th District Court of Cameron County, Texas
Trial Court Cause No. 2021-DCL-02555

### JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, vacates the trial court's order of August 28, 2023, dismisses the appeal and the case is remanded to the trial court. The Court orders the order of August 28, 2023 VACATED, the appeal is DISMISSED and the case REMANDED in accordance with its opinion. Costs of the appeal will be taxed against the party incurring the same.

We further order this decision certified below for observance.

January 18, 2024